THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEBER PASTRY MANUFACTURING COMPANY, INC., Appellant.— Appeal from a judgment of the City Magistrate's Court of the City of New York, sitting as a Court of Special Sessions, convicting defendant of a violation of section 163 of the Sanitary Code of the Board of Health of the Department of Health of the City of New York. Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Untermyer, JJ., dissent and vote to reverse and grant a new trial.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALDORF-ASTORIA REALTY CORPORATION, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Appeals from orders of the Special Term of the Supreme Court, New York county, confirming assessments made by defendants for the years 1925, 1926, 1927, 1928 and 1929, respectively, on certain real property of the relator and dismissing writs of certiorari, after trial of proceedings by writs of certiorari. Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SAMLI BUILDING CORPORATION, Respondent, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Defendant-Appellant-Respondent, and CHEMICAL BANK AND TRUST COMPANY, Impleaded-Defendant-Appellant-Respondent, and WILLIAM L. ABRAMS, Impleaded-Defendant-Appellant.— The plaintiff sued to recover $4,400 on the ground that the Bank of Manhattan Company, with whom it maintained a checking account, had improperly paid a check in that amount upon a forged indorsement. The Bank of Manhattan Company denied the forgery and impleaded the Chemical Bank and Trust Company which had presented the check for collection and recovered a judgment over as against said defendant. The Chemical Bank and Trust Company impleaded William L. Abrams who had deposited the check in his account with said bank and recovered a judgment over against him. Judgment entered on a directed verdict in favor of plaintiff against defendant, President and Directors of The Manhattan Company, and in favor of President and Directors of The Manhattan Company against the impleaded defendant Chemical Bank and Trust Company, and in favor of the impleaded defendant Chemical Bank and Trust Company against the impleaded defendant, William L. Abrams, unanimously affirmed, with costs to plaintiff against President and Directors of The Manhattan Company, with costs to the defendant President and Directors of The Manhattan Company against the impleaded defendant Chemical Bank and Trust Company, and with costs to the impleaded defendant Chemical Bank and Trust Company against the impleaded defendant William L. Abrams. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.